IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 17–20–M–DLC–JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Pursuant to the parties' Joint Motion for Dismissal (Doc. 23),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 1st day of August, 2018.

Dana L. Christensen, Chief District Judge
United States District Court